Carl GREGORY, Plaintiff–Appellant,

v.

William MUSE, Chairman, Virginia Parole Board, Defendant–Appellee.

No. 14–7124.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 16, 2014.

Decided: Oct. 22, 2014.

Carl Gregory, pro se.

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Gregory appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gregory v. Muse,* No. 3:13–cv–00233–REP, 2014 WL 2967948 (E.D.Va. July 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*